# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RUDD,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　　　　　　Defendant. | CASE NO. 09cv1444 JM(NLS)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

　　　For good cause shown, the court grants the parties' joint motion for dismissal. The above referenced action is dismissed with prejudice with respect to Plaintiff Ronald Rudd and without prejudice as to the putative class. The Clerk of Court is instructed to close the file.

　　**IT IS SO ORDERED.**

DATED: August 6, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:　　　All parties